UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Leonard Wyatt Rowe, III</u>

      v.                                   Civil No. 14-cv-559-JL

<u>State of New Hampshire</u>

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation dated April 6, 2015, and the Supplemental Report and Recommendation dated June 30, 2015, of Magistrate Judge Andrea K. Johnstone.

SO ORDERED.

_____
Joseph N. Laplante
Chief Judge

Date: August 24, 2015

cc: Leonard Rowe Wyatt, III, pro se